UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff/Respondent, | ) ) ) | Crim. No. 5:22-cr-000104-GFVT-HAI<br>Civil No. 5:23-cv-00285-GFVT-HAI |
| v. | ) ) | **MEMORANDUM OPINION** |
| WILLIAM FIELDS, | ) ) | **&** |
| Defendant/Petitioner. | ) ) ) | **ORDER** |

*** *** *** ***

This matter is before the Court on a Report and Recommendation prepared by United States Magistrate Judge Hanly A. Ingram. [R. 68.] Judge Ingram reviewed a motion to vacate filed by prisoner William Fields pursuant to 28 U.S.C. § 2255. [R. 55; R. 57.] After conducting a preliminary review of the petition, Judge Ingram recommends that the Court deny Fields's motion and deny a certificate of appealability. [R. 68.] Because Fields did not object, the Court **ADOPTS** Judge Ingram's Recommendation **[R. 68]** as and for the opinion of the Court and will **DENY** Fields's petition.

Judge Ingram identified several overarching problems with Fields's § 2255 Petition. *Id.* First, he procedurally defaulted his challenge to the constitutionality of his guilty plea. *Id.* Second, he provides no reason for thinking that his guilty plea was involuntary and unknowing. *Id.* Third, his ineffective assistance claim fails because he cannot establish prejudice. *Id.*

Generally, this Court must make a *de novo* determination of those portions of a Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual

or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, the Court has examined the record and agrees with Judge Ingram's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 68]** is **ADOPTED** as and for the opinion of the Court;

2. Fields's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence **[R. 55; R. 57]** is **DENIED**;

3. A Certificate of Appealability is **DENIED** as to all issues raised; and

4. Judgment in this matter will follow promptly.

This the 22nd day of April, 2025.



Gregory F. Van Tatenhove
United States District Judge